David A. Hubbert
Deputy Assistant Attorney General

Tijuhna A. Green (TXBN 24106025)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340 (Green)
202-307-0054 (f)
Tijuhna.A.Green@usdoj.gov
Western.taxcivil@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PLM LENDER SERVICES INC., <br><br>                    Plaintiff, <br><br> v. <br><br> ALFRED PETERS, an individual; DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE; TAX RECEIVER OF THE COUNTY OF CLARK; MONTARA ESTATES HOMEOWNERS ASSOCIATION; REPUBLIC SILVER STATE DISPOSAL INC. DBA REPUBLIC SERVICES; BLOOMNET, INC.; DOES 1 through 10, inclusive; and ROES 1 through 10, inclusive. <br><br>                    Defendants. | Case No. 2:22-cv-00929-APG-NJK <br><br> **STIPULATION BETWEEN THE UNITED STATES AND PLM LENDER SERVICES INC. TO EXTEND THE UNITED STATES' RESPONSE DEADLINE** |

   Plaintiff, PLM Lender Services, Inc., and Defendant, the United States of America, pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b), hereby agree and stipulate as follows:

1

1. On or about April 22, 2022, PLM Lender Services, Inc. ("Plaintiff") initiated this action in the Eighth Judicial District Court of Clark County, Nevada as case number A-22-851514-C.

2. On May 11, 2022, Plaintiff served a copy of the Summons and Complaint on an employee of the United States Attorney's Office for the District of Nevada. *See* 28 U.S.C. § 2410(b).

3. On June 9, 2022, the United States timely removed this case to the United States District Court for the District of Nevada under 28 U.S.C. §§ 1441, 1442, 1444, and 1446. Dkt. #1.

4. Pursuant to Fed. R. Civ. P. 81(c)(2), when a case is removed to federal court, a response to the complaint must be filed within twenty-one (21) days after receiving the complaint or within seven (7) days after filing the notice of removal, whichever is longer. Under the Fed. R. Civ. P. 81(c)(2), the United States' response to the Complaint is due on or before June 16, 2022 which is seven days after the notice of removal was filed.

5. The United States and its agencies, however, normally receive sixty (60) days after the date of service on the United States Attorney in which to respond to a complaint. Fed. R. Civ. P. 12(a)(2).

6. Had this case been filed in federal court, the United States would have had sixty (60) days from May 11, 2022 to respond to the complaint (i.e., July 11, 2022).

7. The Parties hereby agree to extend the United States' deadline to respond to the complaint to July 11, 2022. The additional time sought will allow counsel for the United States to obtain relevant records from the IRS regarding its liens filed against the Subject Property. This information is necessary for the United States to adequately defend its interests in this case. The additional time will also allow the parties an opportunity to discuss Plaintiff's underlying claims.

8. Fed. R. Civ. P. 6(b) authorizes this Court to grant an extension of time to respond to the Complaint for good cause shown. *See* LR IA 6-1.

9. This is the Parties' first request for an extension.

10. By filing this Stipulation, the United States does not waive any defenses listed in Fed. R. Civ. P. 12.

WHEREFORE, the United States and PLM Lender Services, Inc., respectfully request that this Court grant their Stipulation and allow the United States until July 11, 2022 to answer or otherwise respond to the complaint in this case.

Dated: June 16, 2022

David A. Hubbert
Deputy Assistant Attorney General

s/ Tijuhna A. Green
TIJUHNA A. GREEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340
Tijuhna.A.Green@usdoj.gov
*Attorney for the United States of America*

Dated: June 16, 2022

s/Hugo E. Hernandez-Diaz
Hugo E. Hernandez-Diaz, Esq.
Wright, Finlay & Zak LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-3820
hhdiaz@wrightlegal.net
*Counsel for Plaintiff*

3
2:22-cv-00929-APG-NJK

**ORDER APPROVING STIPULATION**

The foregoing stipulation to extend Defendant United States' response deadline to the Plaintiff's Complaint is approved. The United States shall file its response to the Plaintiff's Complaint on or before July 11, 2022.

**IT IS SO ORDERED.**

Dated:  June 17, 2022

_____
United States Magistrate Judge