UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLM LENDER SERVICES INC.,<br>    Plaintiff(s),<br>v.<br>ALFRED PETERS,<br>    Defendant(s). | Case No. 2:22-cv-00929-APG-NJK<br><br>**Order** |

Pending before the Court is a joint status report seeking relief from the requirement in Local Rule 22-1 to file a motion for a scheduling conference within 30 days of a defendant's first appearance. Docket No. 9.[1] For good cause shown, that request is **GRANTED**. The deadline to file a motion for a scheduling conference is **EXTENDED** to September 6, 2022.

IT IS SO ORDERED.

Dated: July 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Requests for judicial action must, moving forward, be presented in the form of a stipulation or a motion. *See, e.g.*, Local Rule 7-1(a), Local Rule 7-2(a).

1